FILED

02/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0586

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0586

_____

STEVE BARRETT, ROBERT KNIGHT;
MONTANA FEDERATION OF PUBLIC
EMPLOYEES; DR. LAWRENCE PETTIT;
MONTANA UNIVERSITY SYSTEM FACULTY
ASSOCIATION REPRESENTATIVES;
FACULTY SENATE OF MONTANA STATE
UNIVERSITY, DR. JOY C. HONEA; DR.
ANNJEANETTE BELCOURT; DR. FRANKE
WILMER; MONTANA PUBLIC INTEREST
RESEARCH GROUP; ASHLEY PHELAN;
JOSEPH KNAPPENBERGER; and MAE NAN
ELLINGSON,

        Plaintiffs, Appellees,
        and Cross-Appellants,

    v.

STATE OF MONTANA, GREG GIANFORTE;
and AUSTIN KNUDSEN,

        Defendants and Appellants.

O R D E R

_____

Cody S. Barnett, of Lansdowne, Virginia, has petitioned for permission to appear pro hac vice before this Court in the above-entitled cause.

Having reviewed the application and having determined that, as required by our Rules for Admission to the Bar of Montana, Petitioner Barnett is currently in good standing with another state jurisdiction in which Barnett is admitted to the practice of law, Montana counsel listed in the application is in good standing with the State Bar of Montana, and this is the first appearance of Petitioner and the fourth appearance of Petitioner's firm under the pro hac vice rules, with good cause showing under Rule VI(C),

IT IS HEREBY ORDERED that the application of Cody S. Barnett to appear pro hac vice in the above-entitled cause is GRANTED.

The Clerk is directed to provide copies of this order to Cody S. Barnett, to all counsel of record in this appeal, and to the State Bar of Montana.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 22 2023